UNITED STATES COURT

DISTRICT OF NEW JERSEY

---

MARCIA RAFTER

Plaintiff                                                3:23-cv-13674

                                             Motion for Default Judgment

v.

AVALONBAY COMMUNITIES, INC.

Benjamin Schall

John Does

Jane Does

Defendants

---

Plaintiff hereby moves the court pursuant to FRCP 55 (b) to enter default judgment in favor of Plaintiff against Defendants on the grounds that defendants AVALONBAY COMMUNITIES, INC. and Benjamin Schall failed to timely answer or timely defend against the complaint

*Marcia Rafter* 8/19/2024
Marcia Rafter
201 Albert Way. #2103
Princeton, NJ 08540
Mr212203@yahoo.com
203 644 2919


TO: Kristen Kortbawi
kkortbawi@greenbaumlaw.ciom
99 Wood Ave. South
Iselin, NJ 08830

UNITED STATES COURT
DISTRICT OF NEW JERSEY

------------------------------------------------
-

MARCIA RAFTER

Plaintiff                                                                3:23-cv-13674

Affirmation in Support of
Motion for Default

v.

AVALONBAY COMMUNITIES, INC.

Benjamin Schall

John Does

Jane Does

Defendants

-----------------------------------------------------.

    Marcia Rafter hereby declares as follows:

    1. I am the plaintiff in this action.

    2. This action was commenced pursuant to Diversity of Citizenship **28 U.S. Code § 1332.**

    3. The time for defendants, AvalonBay Communities, Inc. and Benjamin Schall, to answer or otherwise move with respect to the complaint herein has

**Expired on August 18, 2024.**

4. Defendants, AvalonBay Communities, Inc. and Benjamin Schall have not answered or otherwise moved with respect to the complaint, and the time for defendants, AvalonBay Communities Inc. and Benjamin Schall to answer or otherwise move has not been extended.

5. Defendants AvalonBay Communities, Inc. and Benjamin Schall are not infants or incompetent. Defendant(s) AvalonBay Communities, Inc. and Benjamin Schall are not presently in the military service of the United States as appears from facts in this litigation.

6. Defendants are indebted to Plaintiff in the following manner

Plaintiff has been irrecoverably harmed by Defendants and sustained injuries and is due $100 million dollars in damages from Defendants' faulty construction, failures to fix faulty construction, negligence, incompetence, failure to properly and completely and professionally do repairs, breach of warranty of habitability, breach of contract, breach of fiduciary duty, breach of lease, harassment, discrimination, reprisal, fraud, deprivation of quiet enjoyment of home and of a clean safe home.

WHEREFORE, Plaintiff Marcia Rafter requests that the default JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF and against of DEFENDANTS AVALONBAY COMMUNTIES, INC.

and Benjamin Schall.

I certify that the foregoing is true and accurate

and that no part of damages due hereof has been paid.

Dated: 8/19/2024                             By: *Marcia Rafter*

                                                                Marcia Rafter

                                                                201 Albert Way, #2103

                                                                Princeton, NJ 08540

                                                                203 644-2919

                                                                mr212203@yahoo.com

CERTIGICATION OF SERVICE

I certify that I served the attached papers upon Defendants by emailing these papers to Defendants' attorney Kristen Kortbawi at kkortbawi@greenbaumlaw.com

*[signature]*
8/19/2024