UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARCIA RAFTER**,<br><br>    Plaintiff,<br><br>  v.<br><br>**AVALONBAY COMMUNITIES, INC.**, *et al.*,<br><br>    Defendants. | Civil Action No. 23-13674 (ZNQ) (JTQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

  **THIS MATTER** comes before the Court upon two motions: (1) a Motion to Dismiss filed by Defendant AvalonBay Communities, Inc. ("AvalonBay") and Benjamin Schall ("Schall) (collectively "Defendants") (the "Motion to Dismiss," ECF No. 42), and (2) a Motion for Default Judgment filed by *pro se* Plaintiff Marcia Rafter ("Plaintiff") (the "Motion for Default Judgment," ECF No. 44). For the reasons set forth in the accompanying Opinion,

  **IT IS** on this **3rd** day of **March 2025**,

  **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 44) is hereby **DENIED**; and it is further

  **ORDERED** that Defendants' Motion to Dismiss (ECF No. 42) is hereby **GRANTED**; and it is further

  **ORDERED** that all counts pertaining to Schall are **DISMISSED WITHOUT PREJUDICE**; and it is further

  **ORDERED** that Counts One through Twenty-One against AvalonBay are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is given leave to file a Fifth Amended Complaint limited to addressing the deficiencies identified in the accompanying Opinion within **30 days** from the date of this Order.

                                                                                       s/ Zahid N. Quraishi  
                                                                                       **ZAHID N. QURAISHI**  
                                                                                       **UNITED STATES DISTRICT JUDGE**